# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC § <br> § <br> v. § <br> § CIVIL ACTION NO. 3:23-CV-2778-S <br> DALLAS TACOS PANCHO, INC., § <br> FRANCISCO ADRIAN SALDIVAR, and § <br> FRANCISCO JAVIER SALDIVAR § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED June 25, 2025.

UNITED STATES DISTRICT JUDGE